IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FMS INVESTMET CORP.,<br><br>Defendant.<br>_____/ | No. C 15-01758 WHA<br><br>**ORDER RE RECENTLY FILED STIPULATION AND UPCOMING CASE MANAGEMENT CONFERENCE** |

In this putative class action, the parties have filed a stipulation to dismiss the case with prejudice against the individual plaintiff and without prejudice as to the putative class. This case has not been certified as a class action. For now, the parties' stipulation shall be **HELD IN ABEYANCE**. The parties must attend the case management conference scheduled for **ELEVEN A.M. ON NOVEMBER 19, 2015.** At that hearing, the parties shall be prepared to discuss the details of their settlement and the extent to which the case being a putative class action played any role in the settlement discussions.

**IT IS SO ORDERED.**

Dated: November 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE