IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, on behalf of herself and all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>FMS INVESTMET CORP.,<br><br>   Defendant.<br>                                                          / | No. C 15-01758 WHA<br><br>**ORDER DENYING MOTION TO APPEAR BY TELEPHONE** |

Defense counsel have submitted a motion to appear by telephone at tomorrow's case management conference. Counsel state that they did not think they had to appear because the parties provided notice that they have reached a settlement and defense counsel live in San Diego. Good cause not shown, the motion is **DENIED**. Counsel must appear in person.

**IT IS SO ORDERED.**

Dated: November 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE