Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON MONTOYA,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **FMS INVESTMENT CORP.,** <br><br> Defendant. | Case No.  3:15-cv-01758-WHA <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval."

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 12th day of November, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Damian P. Richard, Esq.
DAMIAN P. RICHARD
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON MONTOYA,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**FMS INVESTMENT CORP.,**<br><br>　　　　　　Defendant. | Case No. 3:15-cv-01758-WHA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　Dated this 19th day of November, 2015.


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　The Honorable William Alsup

Order to Dismiss - 1